UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Norman Washington Spence,

    Defendant.

_____/

Case: 5:24-cr-20233
Assigned To : Levy, Judith E.
Referral Judge: Altman, Kimberly G.
Assign. Date : 5/1/2024
Description: INDI USA V SPENCE (JH)

Violations:
18 U.S.C. § 922(g)(5)(a)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

**18 U.S.C. § 922(g)(5)(a)) - Alien in Possession of Ammunition**

On or about April 10, 2024, in the Eastern District of Michigan, the Defendant, Norman Washington Spence, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce, ammunition that is, 39 rounds of Winchester .22 caliber short ammunition, in violation of Title 18, United States Code, Sections 922(g)(5)(a) and 924(a)(8).

## FORFEITURE ALLEGATION

### (Criminal Forfeiture – 18 U.S.C. § 924(d) and 28 U.S.C. § 2461)

The allegations contained in Count 1 of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the violation charged in Count One of this Indictment, Defendant shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation the offenses including, but not limited to, 39 rounds of Winchester .22 caliber ammunition, pursuant to Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

*s/Michael C. Martin*
MICHAEL C. MARTIN
Assistant United States Attorney
Chief, National Security Unit

*s/Michael C. Martin*
SUSAN E. FAIRCHILD
Assistant United States Attorney
National Security Unit

Dated: **MAY – 1 2024**


**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover S | Case: 5:24−cr−20233<br>Assigned To : Levy, Judith E.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 5/1/2024<br>Description: INDI USA V SPENCE (JH) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: SEF |

**Case Title:** USA v. Norman Washington Spence

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

___Indictment/___Information --- **no** prior complaint.
✓ Indictment/___Information --- based upon prior complaint [Case number: 24-mj-30141 ]
___Indictment/___Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

May 1, 2024
Date

*Susan E. Fairchild* (signature)
Susan Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9577
Fax:
E-Mail address: Susan.Fairchild@usdoj.gov
Attorney Bar #: P41908

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.